**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet



FEB 0 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | LOUIS HARRIS | **Defendant(s):** | SHERIFF OF COOK COUNTY |
| **County of Residence:** | COOK | **County of Residence:** | |
| **Plaintiff's Address:** | | **Defendant's Attorney:** | |

Louis Harris
#2007-0054645
Cook County Jail
P.O. Box 089002
Chicago, IL  60608

08CV814
JUDGE DOW
MAGISTRATE JUDGE DENLOW

**Basis of Jurisdiction:**  ☐ 1. U.S. Government Plaintiff     ☑ 3. Federal Question (U.S. gov't. not a party)

☐ 2. U.S. Government Defendant     ☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**  ☑ 1. Original Proceeding     ☐ 5. Transferred From Other District

☐ 2. Removed From State Court     ☐ 6. MultiDistrict Litigation

☐ 3. Remanded From Appellate Court     ☐ 7. Appeal to District Judge from Magistrate Judgment

☐ 4. Reinstated or Reopened

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** *A.E. Woodham*   **Date:** 02/07/2008