

FEB 07 2008 **FILED**
FEB 0 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Louis Harris
Plaintiff

v.

Sheriff of Cook County
Defendant(s)

08CV814
JUDGE DOW
MAGISTRATE JUDGE DENLOW

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, **Louis Harris**, declare that I am the ☒plaintiff ☐petitioner ☐movant (other____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒Yes  ☐No  (If "No," go to Question 2)
   I.D. # **2007005465**  Name of prison or jail: **Cook County Jail**
   Do you receive any payment from the institution? ☐Yes ☐No  Monthly amount: **00**

2. Are you currently employed?  ☐Yes  ☒No
   Monthly salary or wages: **00**
   Name and address of employer: **none**

   a. If the answer is "No":
      Date of last employment: **10-12-06**
      Monthly salary or wages: **550 hr.**
      Name and address of last employer: **Harold Chicken 10259 S. Halsted**

   b. Are you married?  ☐Yes  ☒No
      Spouse's monthly salary or wages: **none**
      Name and address of employer: **none**

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages  ☐Yes  ☒No
      Amount **00**  Received by **none**

    b.    ☐ Business, ☐ profession or ☐ other self-employment    ☐ Yes    ☒ No
Amount __00__ Received by __none__

    c.    ☐ Rent payments, ☐ interest or ☐ dividends    ☐ Yes    ☒ No
Amount _____ Received by _____

    d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
    ☐ Yes    ☒ No
Amount __00__ Received by __none__

    e.    ☐ Gifts or ☐ inheritances    ☐ Yes    ☒ No
Amount __00__ Received by __none__

    f.    ☐ Any other sources (state source: _____)    ☐ Yes    ☒ No
Amount _____ Received by _____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts? ☐ Yes ☒ No  Total amount: __00__
In whose name held: _____ Relationship to you: _____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments? ☐ Yes ☒ No
Property: __00__  Current Value: __00__
In whose name held: _____ Relationship to you: _____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☐ Yes ☒ No
Address of property: __none__
Type of property: __none__  Current value: __00__
In whose name held: _____ Relationship to you: _____
Amount of monthly mortgage or loan payments: _____
Name of person making payments: _____

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
    ☐ Yes    ☒ No
Property: __none__
Current value: _____
In whose name held: _____ Relationship to you: _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐ No dependents