FILED

JH

10/10/2007

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

MAR - 6 2008 *alw*
March 6, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN FORMA PAUPERIS APPLICATION**
**AND**
**FINANCIAL AFFIDAVIT**

_LOUIS HARRIS_
     Plaintiff

     v.

_Sheriff of cook count et al.)_
     Defendant(s)

CASE NUMBER _08c 0814_

JUDGE _Dow_

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, _LOUIS HARRIS_, declare that I am the ☒plaintiff ☒petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☒to proceed without full prepayment of fees, or ☒in support of my motion for appointment of counsel, or ☒both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?    ☒Yes    ☐No  (If "No," go to Question 2)
    I.D. #_2007005 4695_  Name of prison or jail: _Cook County_
    Do you receive any payment from the institution? ☐Yes ☒No  Monthly amount:_____

2. Are you currently employed?    ☐Yes    ☒No
    Monthly salary or wages:_____
    Name and address of employer: _____

    a.    If the answer is "No":
        Date of last employment: _Oct-10-06_
        Monthly salary or wages _$6.10_
        Name and address of last employer: _Harold Chicken 16258 S Halsted_

    b.    Are you married?    ☐Yes    ☒No
        Spouse's monthly salary or wages:_____
        Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

    a.    Salary or wages                ☐Yes    ☒No
    Amount_____ Received by _____

b.　☐ Business, ☐ profession or ☐ other self-employment　　☐Yes　　☒No
Amount_____ ____ Received by_____ ___ __ __ _____ ___

c.　☐ Rent payments, ☐ interest or ☐ dividends　　☐Yes　　☒No
Amount_____ ____ _____ Received by____ ___ ___ ___ _____ _____

d.　☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
　　　　　　　　　　　　　　　　　　　　　　　　　　☐Yes　　☒No

Amount_____ ____ Received by_____ _____ ___ ___ _____

e.　☐ Gifts or ☐ inheritances　　☐Yes　　☒No
Amount_____ ____ Received by_____ _____ ___ ___ _____

f.　☐Any other sources (state source:___ ___ ___ ____)　☐Yes　　☒No
Amount_____ ____ Received by___ _____ ___ ___ _____ __ ___

4.　Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?　　　　☐Yes　　☒No　　Total amount: _____ _____
In whose name held:_____ Relationship to you:___ ___ __ ___ ___ ___

5.　Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?　　　　　　　　　☐Yes　　☒No
Property:_____ ___ Current Value: _____ ___ ___ ____ __
In whose name held:_____ Relationship to you:_____ __ ___ _____

6.　Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?　　　☐Yes　　☒No
Address of property:_____ ___ ___ ___ __ __ ___ ___ ___ ___
Type of property:____ ___ _____ Current value: _____ ___ ___ ___ ___ ___
In whose name held:____ ___ _____ Relationship to you:__ ___ ___ ___ ___ ___ ___
Amount of monthly mortgage or loan payments:_____ ___ ___
Name of person making payments:__ _____ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___

7.　Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
　　　　　　　　　　　　　　　　　　　　　　　　☐Yes　　☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____ _____ ___ __

8.　List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents
___ _____ ___ ___ ___ ___ ___
___ ___ _____ ___ ___ ___ ___ ___ _____ ___ ___ ___ ___ ___ ___ ___ __ ___ __

-2-

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 2-22-08

_Louis Harris_
Signature of Applicant

LOUIS HARRIS
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
**(Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named herein, LOUIS HARRIS, I.D. # 2007005464 has the sum of $0.04 on account to his/her credit at (name of institution) C.C.D.O.C. I further certify that the applicant has the following securities to his/her credit: 0 . I further certify that during the past six months the applicant's average monthly deposit was $ _____ (Add all deposits from all sources and then divide by number of months).

02/27/08
DATE

SIGNATURE OF AUTHORIZED OFFICER

F. Puckett
(Print name)

rev. 10/10/2007

-3-

# Individual Inmate Balance History Report - Detailed
# COOK COUNTY JAIL

0 8 C 8 1 4

Print Date: 2/26/2008 12:06:55 pm
User Name: 257

| | |
|---|---|
| **Name** | HARRIS, LOUIS C. |
| **Number** | 20070054645 |
| **DOB** | 6/1/1958 |
| **DIV** | 02 |
| **BL/BU** | D3 |
| **T/D** | AA |
| **C/B** | 38 |

| | |
|---|---|
| **Available Balance** | $0.04 |
| **Pending** | $0.00 |
| **Frozen** | $0.00 |
| | $0.04 |
| **Owed** | $0.00 |

## TRANSACTIONS

| Date | Transaction (Available Date) | Amount | Pending | Money Added | Money Removed | Balance | Money Owed | Owed Credit | Owes | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/14/2007 | PAYROLL | $8.00 | $0.00 | $8.00 | $0.00 | $8.00 | $0.00 | $0.00 | $0.00 | 8.4.07 |
| 8/15/2007 | ORDER DEBIT | $7.56 | $0.00 | $0.00 | $7.56 | $0.44 | $0.00 | $0.00 | $0.00 | |
| 12/19/2007 | ORDER DEBIT | $0.43 | $0.00 | $0.00 | $0.43 | $0.01 | $0.00 | $0.00 | $0.00 | |
| 1/7/2008 | CREDIT | $20.00 | $0.00 | $20.00 | $0.00 | $20.01 | $0.00 | $0.00 | $0.00 | 7289767780 |
| 1/9/2008 | CREDIT | $20.00 | $0.00 | $20.00 | $0.00 | $40.01 | $0.00 | $0.00 | $0.00 | 7847665350 |
| 1/9/2008 | ORDER DEBIT | $17.85 | $0.00 | $0.00 | $17.85 | $22.16 | $0.00 | $0.00 | $0.00 | |
| 1/16/2008 | ORDER DEBIT | $22.12 | $0.00 | $0.00 | $22.12 | $0.04 | $0.00 | $0.00 | $0.00 | |
| **Totals** | | | | **$48.00** | **$47.96** | | **$0.00** | **$0.00** | | |

1