UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
FEB 07 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FEB 07 2008

Louis Harris 20070054645

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

08CV814
JUDGE DOW
MAGISTRATE JUDGE DENLOW

vs.

Sheriff of Cook County (et al.)

Case No: _____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

___ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Louis C Harris

   B. List all aliases: Darrell Jones

   C. Prisoner identification number: Louis Harris 20020054645

   D. Place of present confinement: Cook County Department of Corr.

   E. Address: 2700 S. California, Chicago, IL 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Sheriff of Cook County et. al.

      Title: Sheriff of Cook County

      Place of Employment: 2700 S. California, Chicago, ILL 60608

   B. Defendant: _____

      Title: _____

      Place of Employment: _____

   C. Defendant: _____

      Title: _____

      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _____NoNe_____

B. Approximate date of filing lawsuit: _____None_____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____None_____
   _____None_____
   _____None_____

D. List all defendants: _____
   _____None_____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____None_____

F. Name of judge to whom case was assigned: _____None_____

G. Basic claim made: _____None_____
   _____None_____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
   _____None_____

I. Approximate date of disposition: _____None_____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was Subjected to the non-Consensual InSertion of a Swab Into my Pennis as Part of my admission to the Cook County Jail each time IN carSarated Dating back to 1990 to 2003 I Louis Harris File this Law Suit Alleging my fourth and fourteenth Amendments of the constitution of The United States as a result of STD testing of male processed Into the cook county Jail.

Sign: Louis Harris

Relief: Restitution

5

Revised 9/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Restitution

VI. The plaintiff demands that the case be tried by a jury.  ☐ YES   ☒ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __3__ day of __Feb__, 20__08__

__Louis C Harris__
(Signature of plaintiff or plaintiffs)

__Louis C. Harris__
(Print name)

__2007005 4645__
(I.D. Number)

__2700 S. California, 60608__
(Address) __Chicago, IL__

6

Revised 9/2007