

To: Michael W Dobbins
    Clerk of the court.

From: Louis Harris

MAR 2 6 2008
FILED
MAR 2 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number: 08C 0814

In regarding of the above case.

I would like to drop my petition/complaint/against Louis Harris
                                            V.
                                    Sheriff of Cook County

Until further and future Notice

Please mail me Statue of limitation for civil law suit, Thank you.

Sincerely:

P.S I am Fanizial unable to pay the said fee's

Louis C Harris
ID# 20070054645

3-18-08