# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert M. Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0814 | **DATE** | March 31, 2008 |
| **CASE TITLE** | Harris vs. Sheriff of Cook County | | |

**DOCKET ENTRY TEXT:**

The Court construes Plaintiff's letter dated March 18, 2008 (DE 9) as a motion for voluntary dismissal. The motion is granted. The complaint is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a). The case is terminated.

■ [**Docketing to mail notices.**]

mjm